Erik S. Syverson (SBN 221933)
PICK AND BOYDSTON, LLP
617 South Olive Street, Suite 400
Los Angeles, CA 90014
Phone: 213-624-1996
Fax: 213-624-9073

**Attorneys for Plaintiff**
**HOLOMAXX TECHNOLOGIES CORPORATION**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware corporation, and CISCO IRONPORT SYSTEMS, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.  CV10-04926JF(PVT)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CISCO IRONPORT SYSTEMS, LLC (WITHOUT PREJUDICE)** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff Holomaxx Technologies Corporation hereby voluntarily dismisses Defendant Cisco Ironport Systems, LLC, without prejudice.

DATED: 12-8, 2010

PICK & BOYDSTON, LLP

By: /s/
Erik S. Syverson
Attorneys for Plaintiff Holomaxx Technologies
Corporation, a Pennsylvania S Corporation