UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES,<br>         Plaintiff,<br>  V.<br>YAHOO!,<br>         Defendant. | Case Number CV-10-4926-JF<br><br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on January 14, 2011 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

December 10, 2010                           For the Court
                                            Richard W. Wieking, Clerk


                                            By:  /s/
                                            Diana Munz
                                            Courtroom Deputy Clerk