UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOLOMAXX TECHNOLOGIES,
CORP., a Pennsylvania Corporation
        Plaintiff(s),

Case No. CV10-04926 JF (PG)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

YAHOO! INC., a Delaware Corporation, et al.
        Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/23/10

Holomaxx Technologies
[Party]

Dated: 12/23/10

/s/Erik Syverson
[Counsel]