1  Erik S. Syverson (SBN 221933)
   PICK & BOYDSTON, LLP
2  617 South Olive Street, Suite 400
   Los Angeles, CA 90014
3  Phone: 213-624-1996
   Fax: 213-624-9073
4

5  Attorneys for Plaintiff
   HOLOMAXX TECHNOLOGIES CORPORATION
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
11

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO!, INC., a Delaware corporation and CISCO IRONPORT SYSTEMS, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. CV10-04926 JF(PG<br><br>**SUPPLEMENTAL DECLARATION OF ERIK SYVERSON IN SUPPORT OF PLAINTIFF HOLOMAXX TECHNOLOGIES CORPORATION'S OPPOSITION TO DEFENDANT YAHOO! INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**<br><br>Date: February 25, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Court: Courtroom 3, 5th Floor |

SUPPLEMENTAL DECLARATION OF
ERIK SYVERSON

## DECLARATION OF ERIK SYVERSON

I, Erik Syverson, declare as follows:

1. I am the attorney of record for Holomaxx Technologies Corporation ("Holomaxx") in the above-referenced action. I have personal knowledge of the facts set forth in this declaration and if called upon to testify under oath, I could and would testify competently thereto.

2. Attached hereto and incorporated herewith by reference as Exhibit "A" is a true and correct copy of *Webster's Ninth New Collegiate Dictionary,* p.630 (Merriam Webster, 1985).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2-21-11

*[signature]*

Erik Syverson