
HUNTON & WILLIAMS LLP
ANN MARIE MORTIMER (SBN 169077)
DIANA BIASON (SBN 247274)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-mail: amortimer@hunton.com
dbiason@hunton.com

Attorneys for Defendant
YAHOO! INC.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation

Plaintiff,

v.

YAHOO!, INC., a Delaware corporation, and CISCO IRONPORT SYSTEMS, LLC, a Delaware limited liability company,

Defendants.

CASE NO.: CV 10-04926 PVT

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING ADR DEADLINE**

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Plaintiff Holomaxx Technologies Corporation ("Holomaxx") and Defendant Yahoo! Inc. ("Yahoo!") (collectively, "the parties"), hereby stipulate to extend the deadline to hold an ADR session that is currently set for April 25, 2011 (pursuant to the Court's order dated January 25, 2011) to July 25, 2011. In support of this stipulation to extend the ADR session deadline, the parties hereby state as follows:

1. Holomaxx filed the instant action on October 29, 2010. On December 23, 2010, Yahoo! filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. Rule Civ. Proc. 12(b)(6). On March 11, 2011, the Court entered its order granting Yahoo!'s Motion to Dismiss and granted Holomaxx leave to amend its Complaint within 30 days of the date of the Court's order.

2. As of the filing of this Stipulation, Holomaxx's time to file an Amended Complaint has not yet passed. Should Plaintiff file an Amended Complaint, the parties anticipate that Yahoo! may file certain motions, include a Motion to Dismiss, in response to any Amended Complaint.

3. The parties believe that in order to engage in a meaningful ADR process, the pleadings should be settled so that the parties may proceed to mediation with full knowledge of the surviving claims, if any. The parties, therefore, stipulate to extend the ADR session deadline to a date after any Motion to Dismiss or other applicable motion has been resolved against any Amended Complaint that Holomaxx may file.

///

///

///

///

///

///

///

///

4. The parties respectfully request that the Court enter the Proposed Order for the reasons set forth above.

Respectfully Submitted,

DATED: April 6, 2011

HUNTON & WILLIAMS LLP

By: s/ Ann Marie Mortimer
Ann Marie Mortimer
Attorneys for Defendant
YAHOO! INC.

DATED: April 6, 2011

PICK AND BOYDSTON, LLP

By: s/
Erik S. Syverson
Attorneys for Plaintiff
HOLOMAXX TECHNOLOGIES CORPORATION

**ORDER**

Having read the stipulation of the parties, and good cause appearing therefore, the deadline to hold an ADR session is continued to July 25, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 14, 2011

Hon. Jeremy Fogel
United States District Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627