HUNTON & WILLIAMS LLP
ANN MARIE MORTIMER (SBN 169077)
DIANA BIASON (SBN 247274)
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: (213)  532-2000
Facsimile: (213) 532-2020
E-mail: amortimer@hunton.com
        dbiason@hunton.com

Attorneys for Defendant
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware corporation, and CISCO IRONPORT SYSTEMS, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.:  CV 10-04926 JF(PG)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |

1  Plaintiff Holomaxx Technologies Corporation ("Holomaxx") and Defendant
2  Yahoo! Inc. ("Yahoo!") (collectively, "the parties"), pursuant to Northern District of
3  California Local Rule 6-1, hereby stipulate as follows:
4  WHEREAS, on April 8, 2011, Holomaxx filed and electronically served on
5  Yahoo! an Amended Complaint for (i) Violation of 18 U.S.C. §§ 2510, *et seq.* (The
6  Wiretap Act); (ii) Violation of 18 U.S.C. §§ 2701, *et seq.* (The Stored
7  Communications Act); (iii) Violation of 18 U.S.C. §§ 1030, *et seq.* (The Computer
8  Fraud and Abuse Act); (iv) Intentional Interference with Contract; (v) Intentional
9  Interference with Prospective Business Advantage; (vi) Violation of California Penal
10 Code §§ 630, *et seq.* (Wiretapping/Eavesdropping); (vii) Violation of California
11 Business & Professions Code §§ 17200, *et seq.*, against Yahoo! (the "Amended
12 Complaint");
13 WHEREAS, Yahoo! currently has until April 25, 2011 to answer or otherwise
14 respond to Holomaxx's Amended Complaint;
15 WHEREAS, Yahoo! has requested and Holomaxx has consented to extend
16 Yahoo!'s deadline to respond to the Amended Complaint to May 20, 2011;
17 WHEREAS, this extension of Yahoo!'s deadline to respond to the Amended
18 Complaint will not alter the date of any event or any deadline already fixed by Court
19 order
20 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
21 parties, through their respective counsel, that Yahoo! shall answer or otherwise
22 respond to Holomaxx's Amended Complaint by May 20, 2011.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Respectfully Submitted,

DATED: April 12, 2011                    HUNTON & WILLIAMS LLP

By: /s/ Ann Marie Mortimer
    Ann Marie Mortimer
    Attorneys for Defendant
    YAHOO! INC.

DATED: April 13, 2011                    PICK AND BOYDSTON, LLP

By: /s/
    Erik S. Syverson
    Attorneys for Plaintiff
    HOLOMAXX TECHNOLOGIES
    CORPORATION

## ORDER

Having read the stipulation of the parties, and good cause appearing therefore, Yahoo! Inc.'s time to respond to Holomaxx's Amended Complaint shall be extended to May 20, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 14, 2011

Hon. Jeremy Fogel
United States District Judge