```
ANN MARIE MORTIMER (SBN 169077)
amortimer@hunton.com
DIANA BIASON (SBN 247274)
dbiason@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

JOHN W. WOODS, JR. (Admitted *Pro Hac Vice*)
jwoods@hunton.com
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone (804) 788-8200
Fax (804) 788-8218

Attorneys for Defendant
YAHOO! INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware corporation, and CISCO IRONPORT SYSTEMS, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.:  CV 10-04926 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE** |

Plaintiff Holomaxx Technologies Corporation ("Holomaxx") and Defendant Yahoo! Inc. ("Yahoo!") (collectively, "the parties"), hereby stipulate to extend the deadline to hold an ADR session that is currently set for July 25, 2011 to October 25, 2011.  In support of this stipulation to extend the ADR session deadline, the parties hereby state as follows:

1. Holomaxx filed the instant action on October 29, 2010. On December 23, 2010, Yahoo! filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. Rule Civ. Proc. 12(b)(6).  On March 11, 2011, the Court entered its order granting Yahoo!'s Motion to Dismiss and granted Holomaxx leave to amend its Complaint within 30 days of the date of the Court's order.

2. On April 8, 2011, Holomaxx filed its First Amended Complaint.  On May 20, 2011, Yahoo! filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Fed. Rule Civ. Proc. 12(b)(6).  The hearing on Yahoo!'s Motion to Dismiss is set for July 15, 2011.

3. The parties believe that in order to engage in a meaningful ADR process, the pleadings should be settled so that the parties may proceed to mediation with full knowledge of the surviving claims, if any.  The parties, therefore, stipulate to extend the ADR session deadline to a date after Yahoo!'s pending Motion to Dismiss has been resolved.

4. The Court previously granted an extension to the ADR deadline to July 25, 2011 upon stipulation of the parties due to the previously pending Motion to Dismiss Holomaxx's Complaint filed by Yahoo!.  An extension of the ADR deadline should not affect any other current Court deadlines.

///
///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
CASE NO: CV10-04926 JF(PG)

5. The parties respectfully request that the Court enter the Proposed Order for the reasons set forth above.

Respectfully Submitted,

DATED: July 12, 2011              HUNTON & WILLIAMS LLP


                                  By:  s/ Ann Marie Mortimer
                                       Ann Marie Mortimer
                                       Attorneys for Defendant
                                       YAHOO! INC.

DATED: July 12, 2011              MILLER BARONDESS, LLP


                                  By: s/ Erik S. Syverson
                                       Erik S. Syverson
                                       Attorneys for Plaintiff
                                       HOLOMAXX TECHNOLOGIES
                                       CORPORATION

  *Filer attests that concurrence in the filing of the document has been obtained from Mr. Syverson.

## **ORDER**

Having read the stipulation of the parties, and good cause appearing therefore, the deadline to hold an ADR session is continued to October 25, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: July ___, 2011              _____
                                   Hon. Jeremy Fogel
                                   United States District Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
CASE NO: CV10-04926 JF(PG)
68843.000010 EMF_US 36471909v1