**E-Filed 8/23/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 10-cv-04926 JF (PSG)<br><br>JUDGMENT |

Defendant's motion to dismiss having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint be dismissed without leave to amend and that the action be dismissed with prejudice.

DATE: 8/22/2011

_____
JEREMY FOGEL
United States District Judge